USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PAUL'S WELDING SPRING WORKS, INC.,

Debtor–Appellant,

-against-

MARIA RUGGIERO,

Appellee.

26 Civ. 8996 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 20, 2026, Debtor–Appellant moved for an interim stay and order to show cause why this Court should not stay, pending appeal, the October 9, 2026 order entered by the Bankruptcy Court for the Southern District of New York. *See* ECF Nos. 5, 6. By email on the same date, Debtor–Appellant advised that Appellee opposes an interim stay.

By **November 23, 2026**, at **5:00 p.m.**, Appellee shall file a letter opposing the interim stay and proposed order to show cause.

By **November 24, 2026**, at **4:00 p.m.**, Debtor–Appellant shall file a reply, if any.

SO ORDERED.

Dated: November 20, 2026
New York, New York

ANALISA TORRES
United States District Judge