UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

In re: PAUL'S WELDING SPRING WORKS, INC.

26 Civ. 8996 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Appellant, Paul's Welding Spring Works, Inc., seeks a stay of an order of the United States Bankruptcy Court for the Southern District of New York (the "SDNY Bankruptcy Court").

On October 9, 2026, the Honorable Shireen A. Barday of the SDNY Bankruptcy Court granted Appellant's creditor Maria Ruggiero relief from Appellant's bankruptcy stay to permit the sale of commercial real property located at 1660 East 233rd Street, Bronx, New York (the "Property"). *See* Mot., ECF No. 6; Reply, ECF No. 10. Appellant appealed, *see* ECF No. 1 and moved for a stay of Judge Barday's order pending appeal, *see* Mot. at 1. Ruggiero and Charles A. D'Agostino, the Receiver appointed by the Supreme Court of the State of New York to sell the Property, both oppose the motion. *See* Ruggiero Opp., ECF No. 8; D'Agostino Opp., ECF No. 9. Appellant's motion for a stay is DENIED. The Court's memorandum opinion shall follow in due course.

SO ORDERED.

Dated: November 25, 2026
New York, New York

ANALISA TORRES
United States District Judge